IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTON YOUNG, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:08cv544-WHA |
| ) | |
| HYUNDAI MOTOR ) | (WO) |
| MANUFACTURING ALABAMA, LLC, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

In accordance with the Memorandum Opinion entered on this day, it is ORDERED as follows:

(1) The Plaintiff's Motion for Attorneys' Fees (Doc. #8) is DENIED.

(2) The Plaintiff's Motion to Remand (Doc. #8) is GRANTED and this cause is hereby REMANDED to the Circuit Court of Montgomery County, Alabama.

(3) The clerk is DIRECTED to take all steps necessary to effect this remand.

Done this the 11th day of September, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE